AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lenihan, Lisa P. | Western District of PA | 7/16/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

US POST OFFICE AND COURTHOUSE
700 GRANT ST
PITTSBURGH, PA 15219

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | BOARD MEMBER | University of Pittsburgh Medical Center ("UPMC") |
| 2. | ADJUNCT PROFESSOR | UNIVERSITY OF PITTSBURGH SCHOOL OF LAW |
| 3. | LIMITED PARTNER | FOUR NORTHSHORE ASSOCIATES |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lenihan, Lisa P. | 7/16/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | UNIVERSITY OF PITTSBURGH SCHOOL OF LAW PAYMENT FOR TEACHING | $1,750.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NY INTELLECTUAL PROPERTY LAW ASSOC. | 3/25/11 TO 3/26/11 | NY, NY | DINNER HONORING FEDERAL JUDICIARY | TRAVEL, MEALS AND LODGING |
| 2. | ALLEGHENY COUNTY BAR ASSOCIATION | 6/16/11 TO 6/18/11 | CHAMPION, PA | BENCH/BAR CONFERENCE | TRAVEL, MEALS, LODGING |
| 3. | ACADEMY OF TRIAL LAWYERS OF ALLEGHENY COUNTY | 10/05/11 | FARMINGTON, PA | SEMINAR AND DINNER FOR BENCH AND BAR | MEALS AND LODGING |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lenihan, Lisa P. | 7/16/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lenihan, Lisa P. | 7/16/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Limited Partner, 4 Northshore Associates | | None | O | S | | | | | |
| 2. IRA #1 | | | | | | | | | |
| 3. Allianz Funds: NFJ Dividend Value Cl A | | None | | | Sold | 06/06/11 | L | D | |
| 4. Allianz Funds: NFJ Small Cap Fund ClA | A | Dividend | J | T | | | | | |
| 5. Allianz Funds: AGIC Emerging Mkts OPP CL A | A | Dividend | | | Sold | 3/16/11 | K | A | |
| 6. Allianz RCM China Equity CL A | | None | | | Buy | 4/8/11 | K | | |
| 7. Allianz RCM China Equity CL A | | None | | | Sold | 6/2/11 | K | A | |
| 8. American Funds: American Mutual Fund Cl F1 | A | Dividend | K | T | | | | | |
| 9. Copeland Risk Mgd Div Growth CL A | | None | K | T | Buy | 7/20/11 | K | | |
| 10. Fidelity Advisor Consumer Staples Cl I | B | Dividend | K | T | Buy | 11/16/11 | L | | |
| 11. Fidelity Funds: Leveraged Co Fund | | None | | | Sold | 11/16/11 | K | D | |
| 12. Oppenheimer Small & Mid Cap Growth CL A | | None | | | Buy | 08/11/11 | K | | |
| 13. Oppenheimer Small & Mid Cap Growth CL A | | None | | | Sold | 11/03/11 | K | C | |
| 14. MFS Intl Value Fund CL A | | None | | | Sold (part) | 6/21/11 | J | D | |
| 15. MFS Intl Value Fund CL A | | None | | | Sold | 7/14/11 | K | E | |
| 16. Oppenheimer Gold & Minerals Fund CL A | | None | | | Sold | 08/11/11 | K | E | |
| 17. PIMCO EQS Pathfinder Fund CL D | | None | | | Buy | 7/29/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lenihan, Lisa P. | 7/16/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. PIMCO EQS Pathfinder Fund CL D | | None | | | Sold | 09/09/11 | K | A | |
| 19. PIMCO EQS Pathfinder Fund CL A | | None | | | Buy | 08/01/11 | L | | |
| 20. PIMCO EQS Pathfinder Fund CL A | | None | | | Sold | 09/07/11 | L | A | |
| 21. PIMCO Funds: High Yield CL A | A | Dividend | | | Sold | 02/24/11 | K | B | |
| 22. PIMCO Stockplus TR Short CL A | | None | | | Buy | 3/16/11 | K | | |
| 23. PIMCO Stockplus TR Short CL A | | None | | | Sold | 04/08/11 | K | | |
| 24. PIMCO Stockplus Short Strategy CL A | | None | L | T | Buy | 6/2/11 | K | | |
| 25. PIMCO Stockplus Short Strategy CL A | | None | | | Buy (add'l) | 6/2/11 | L | | |
| 26. PIMCO Stockplus Short Strategy CL A | | None | | | Sold | 08/11/11 | M | A | |
| 27. PIMCO Stockplus Short Strategy CL A | A | Dividend | L | T | Buy | 09/07/11 | L | | |
| 28. PIMCO Stockplus Short Strategy CL D | | None | K | T | Buy | 6/13/11 | K | | |
| 29. PIMCO Stockplus Short Strategy CL D | | None | | | Sold | 07/29/11 | K | A | |
| 30. PIMCO Stockplus Short Strategy CL D | A | Dividend | K | T | Buy | 09/09/11 | K | | |
| 31. PIMCO Inv GRD Corp Bond Fund I | A | Dividend | | | Sold | 02/28/11 | K | D | |
| 32. Allianz AGIC Conv. Fund CL A | | None | | | Buy | 03/03/11 | K | | |
| 33. Allianz AGIC Conv. Fund CL A | | None | | | Buy | 6/2/11 | K | | |
| 34. Allianz AGIC Conv. Fund CL A | | None | | | Sold | 10/04/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lenihan, Lisa P. | 7/16/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. PIMCO Emerging Local Bond Fund Cl A | A | Dividend | | | Buy | 02/24/11 | K | | |
| 36. PIMCO Emerging Local Bond Fund Cl A | | None | | | Sold | 6/2/11 | K | B | |
| 37. TRowePrice Funds: Emerging Markets | A | Dividend | K | T | | | | | |
| 38. TRowe Price Funds: Real Estate Fund | A | Dividend | K | T | | | | | |
| 39. Stratton Funds: Small Cap Value Fund | A | Dividend | J | T | | | | | |
| 40. Franklin Cov Securities CL A | | None | | | Buy | 12/05/11 | K | | |
| 41. Franklin Cov Securities CL A | | None | | | Sold | 12/29/11 | K | A | |
| 42. Franklin US Govt CL A | A | Interest | L | T | Buy | 10/05/11 | L | | |
| 43. Franklin US Govt CL A | A | Interest | | | Buy (add'l) | 11/18/11 | K | | |
| 44. Franklin US Govt CL A | A | Interest | | | Buy (add'l) | 12/29/11 | K | | |
| 45. Franklin US Govt CL A | C | Dividend | L | T | Sold (part) | 12/05/11 | K | | |
| 46. Templeton Funds: Global Bond Fund | A | Dividend | | | Sold | 11/18/11 | K | D | |
| 47. M&I Bank -Money Market Account | A | Interest | J | T | | | | | |
| 48. ISHARES Barclays 20+ Year Treas Bond FD | A | Interest | | | Buy | 11/03/11 | K | | |
| 49. ISHARES Barclays 20+ Year Treas Bond FD | A | Interest | | | Sold | 12/29/11 | K | B | |
| 50. US Energy Sector ISHARES | A | Dividend | K | T | | | | | |
| 51. Brokerage Account #1 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lenihan, Lisa P. | 7/16/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. RBB Funds: SENBANC Fund | | None | | | Sold | 08/01/11 | J | | |
| 53. Blackrock Funds: Municipal Income Trust Fund | B | Dividend | | | Sold | 09/23/11 | K | | |
| 54. Davis Funds:NY Venture FDCl A | | None | | | Sold | 09/23/11 | J | | |
| 55. Hilliard Lyons Funds:Govt Money Market Fund | | None | | | Closed | 09/23/11 | J | | |
| 56. Brokerage Account # 2 | | | | | | | | | |
| 57. Fidelity Funds: Prime Money Mkt Reserves Fund | A | Interest | J | T | | | | | |
| 58. Johnson & Johnson Common Stock | A | Dividend | J | T | | | | | |
| 59. Gulf Keystone Petro Common Stock | | None | K | T | | | | | |
| 60. AT&T Common Stock | A | Dividend | | | Sold | 05/26/11 | J | A | |
| 61. Altria Grouop Common Stock | A | Dividend | J | T | | | | | |
| 62. Allianz Funds: NFJ Div Value Fund | A | Dividend | | | Sold | 07/08/11 | J | | |
| 63. Columbia Div Opp Fund CL C | A | Dividend | J | T | Buy | 07/13/11 | J | | |
| 64. Fidelity New Adv Insights Fund CL A | | None | J | T | Buy | 07/13/11 | J | | |
| 65. Thornburg Funds: Intl Value Fund | A | Dividend | J | T | | | | | |
| 66. Thornburg Invest Income Builder Fund CL C | A | Dividend | J | T | Buy | 07/13/11 | J | | |
| 67. Calvert Funds: Large Cap Growth Fund | | None | | | Sold | 07/08/11 | J | | |
| 68. Federated Funds: Kaufman Small Cap Fund | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lenihan, Lisa P. | 7/16/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. SouthernSun Funds: Small Cap | | None | J | T | | | | | |
| 70. Brokerage Account #3 | | | | | | | | | |
| 71. Morgan Stanley Funds: Tax Free Money Market Fund | A | Interest | J | T | | | | | |
| 72. AT&T Common Stock | A | Interest | | | Buy (add'l) | 03/04/11 | J | | |
| 73. AT&T Common Stock | A | Interest | | | Sold | 04/08/11 | J | A | |
| 74. Bristol Myers Squibb Stock | A | Interest | | | Buy (add'l) | 03/04/11 | J | | |
| 75. Bristol Myers Squibb Stock | | None | | | Sold | 04/08/11 | J | A | |
| 76. Cons Staples Sel Sect SPDR FD (XLP) | A | Dividend | J | T | | | | | |
| 77. Eaton Vance Funds: Active Tax MGD Div EQ Fund | A | Dividend | J | T | Buy (add'l) | 05/12/11 | J | | |
| 78. Eaton Vance Funds: Active Tax MGD GLBL Fund | A | Dividend | J | T | Buy (add'l) | 03/04/11 | J | | |
| 79. Energy Sel Sect SPDR FD (XLE) | | None | J | T | Sold (part) | 01/20/11 | J | | |
| 80. First Trust NASD TEC Index FD (QTEC) | A | Dividend | J | T | | | | | |
| 81. John Hancock Funds: PFD EQ INCM Fund | A | Dividend | J | T | | | | | |
| 82. Nuveen Pennsylvania Municipal Bond | A | Interest | J | T | | | | | |
| 83. Powershares VRDO Tax-Free Stock ETF | | None | | | Sold (part) | 03/04/11 | J | A | |
| 84. Powershares VRDO Tax-Free Stock ETF | | None | | | Sold | 05/12/11 | J | A | |
| 85. Templeton Global Income Fund | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lenihan, Lisa P. | 7/16/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Utilities Seleect SPDR Fund | A | Dividend | J | T | Buy | 01/20/11 | J | | |
| 87. Utilities Seleect SPDR Fund | A | Dividend | J | T | Buy (add'l) | 03/04/11 | J | | |
| 88. Vanguard Div Appreciation Fund | A | Dividend | J | T | Buy | 05/12/11 | J | | |
| 89. Alcoa Corporate Bond 5.375% | A | Interest | | | Redeemed | 06/28/11 | J | | |
| 90. General Electric Cap Corp Note 4.75% Due 09/15/14 | A | Interest | J | T | | | | | |
| 91. First Eagle Funds: Global Fund Cl A | A | Dividend | K | T | Sold (part) | 03/04/11 | J | A | |
| 92. First Eagle Overseas Fund CL 1 | A | Dividend | J | T | Buy | 01/20/11 | J | | |
| 93. First Eagle Overseas Fund CL 1 | A | Dividend | | | Buy (add'l) | 04/08/11 | J | | |
| 94. First Eagle Overseas Fund CL 1 | A | Dividend | | | Buy (add'l) | 05/12/11 | J | | |
| 95. Ivy Funds: Asset Strategy Funds | | None | | | Sold | 01/20/11 | J | A | |
| 96. Calamos Market Neutral Fund | A | Dividend | J | T | Buy | 01/20/11 | J | | |
| 97. Calamos Market Neutral Fund | A | Dividend | | | Buy (add'l) | 05/12/11 | J | | |
| 98. Permanent Portfolio Fund | A | Dividend | J | T | Buy | 01/20/11 | J | | |
| 99. Permanent Portfolio Fund | A | Dividend | | | Buy (add'l) | 03/04/11 | J | | |
| 100. Thornburg LTD Muni Fund CL 1 | A | Interest | J | T | Buy | 05/12/11 | J | | |
| 101. Virtus Prem Alhpasector Fund | A | Dividend | J | T | Buy | 04/08/11 | J | | |
| 102. Virtus Prem Alhpasector Fund | A | Dividend | | | Buy (add'l) | 05/12/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lenihan, Lisa P. | 7/16/2012 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Pepsico Inc Stock | | None | | | Buy | 01/20/11 | J | | |
| 104.  Pepsico Inc Stock | | None | | | Sold | 04/08/11 | J | | |
| 105.  Miscellaneous Accounts #1 | | | | | | | | | |
| 106.  PNC Bank Checking Account | A | Interest | J | T | | | | | |
| 107.  PA TAP Accounts          "NO CONTROL" | | None | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lenihan, Lisa P. | 7/16/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Investment and Trusts

Line 1 (Limited Partner, 4 Northshore Associates) - Assessed value is $825,000

Lines 71-76. Eaton Vance Tax Managed DIV EQ FD and Eaton Vance Tax Managed GLBL FD reported erroneously as one fund in the 2009 report on line 48. Actaul purchase information is as follows:

Eaton Vance Tax Managed DIV EQ Fund purchased 02/05/08 at $1,908

Eaton Vance Tax Managed GLBL Fund purchased 12/23/09 at $3,274

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Lisa P. Lenihan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544